### (June 8, 1939.)

JENNIE KARP, Respondent, v. JACOB KARP, Appellant.— The decision of this court handed down on June 5, 1939 [ante, p. 966], is hereby amended to read as follows: In an action for divorce, defendant appeals from an order adjudging him to be in contempt of court and imposing a fine therefor. Order modified to the extent of striking out the provision adjudging the defendant in contempt of court and imposing a fine, and the matter remitted to Special Term for further proceedings in accordance with the rule stated in *Aron* v. *Aron* (280 N. Y. 328); and, as so modified, the order is affirmed, without costs. Where, as here, confirmation is opposed, of the report of a referee in a proceeding to punish for contempt, the court is not justified in confirming the report and making an order to punish for contempt without consideration of the testimony in some form or agreement by the parties as to its substance sufficient to permit the court to pass upon a challenge made to the sufficiency of the evidence. (Ibid.; and see Rules Civ. Prac. rule 170.) Neither of these alternative essentials was incident to the proceedings of the court below and remission is, therefore, proper. If this court were not lacking in power so to do, it would modify the order appealed from to the extent of striking out the finding of contempt and punishment adjudged therefor, and as thus modified, would affirm it. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

### (June 9, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN ODDO, Appellant, v. THE WARDEN OF TOMBS PRISON, NEW YORK CITY, Respondent.— Order dismissing a writ of habeas corpus modified by reducing the amount of bail, fixed at $100,000 by the County Court of Kings county, by order dated May 1, 1939, to the sum of $50,000, and, as so modified, affirmed. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

### (June 12, 1939.)

In the Matter of the Application for the Appointment of a Committee of the Person and Property of THOMAS SMITH FOX, an Alleged Incompetent. HENRY E. COAN, Appellant; GARDINER CONROY, Special Guardian for THOMAS SMITH FOX, an Incompetent Person, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.